UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SCHOMAKER,<br>    Plaintiff,<br><br>-v-<br><br>CITY OF EAST LANSING,<br>    Defendant.<br>_____ | No. 1:17-cv-352<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order dismissing this action without prejudice entered on this date (ECF No. 8), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  August 17, 2017             /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge

1